IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § | Case No. M-20-CR-01791-2 |
| | § § | |
| ALICIA CRONKHITE, DEFENDANT | § | |

<u>DEFENDANT ALICIA CRONKHITE'S MOTION TO SUBSTITUTE COUNSEL</u>

TO THE HONORABLE JUDGE RANDY CRANE:

The Defendant in the above styled and numbered cause, ALICIA CRONKHITE, under Rule 83.2 of the Local Rules for the Southern District of Texas, respectfully moves the Court for an order substituting JUDITH A. CANTU and discharging ERIC JARVIS, as attorney of record for the Defendant in this cause. In support of this motion, ALICIA CRONKHITE would show the Court as follows:

**I.**

ERIC SAMUEL JARVIS, was previously retained to represent the Defendant in this cause. The Defendant no longer desires to be represented by ERIC SAMUEL JARVIS.

JUDITH A. CANTU has been employed to represent the Defendant in this cause.

ERIC SAMUEL JARVIS has no objection to this Substitution.

Defendant approves this substitution, as evidenced by the Defendant's signature on this motion.

This motion is not brought for delay, but to allow the Defendant to be represented by counsel of choice.

JUDITH A. CANTU is aware of the Court's scheduling order and this Motion to Substitute will not result in undue delays, and is not brought for purposes of any delay but to allow Defendant to be represented by counsel of choice.

## II.

ALICIA CRONKHITE prays that the Court enter an order substituting JUDITH A. CANTU, and discharging ERIC SAMUEL JARVIS as attorney of record in this cause.

Respectfully Submitted,

_____
JUDITH A. CANTU
Texas State Bar Number: 00798093
Federal ID: 424624
6521 North 10th, Suite A
McAllen, Texas 78504
Telephone: (956) 213-8011
Fax: (956) 682-7864
Attorney for Defendant,
ALICIA CRONKHITE

_____
ALICIA CRONKHITE, Defendant
Date: January 25, 2021

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant ALICIA CRONKHITE's Motion to Substitute Counsel was delivered via EMAIL to ERIC JARVIS and to MICHAEL MITCHELL via email on the 26TH day of January 2021.

_____
Judith A. Cantu